IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 07 069ML |
| | ) | Cr. No. |
| vs. | ) | |
| | ) | In violation of 21 U.S.C. |
| SEAN HALL | ) | §§841(a)(1) & (b)(1)(C) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about October 27, 2006, in the District of Rhode Island, the defendant, SEAN HALL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT TWO

On or about November 3, 2006, in the District of Rhode Island, the defendant, SEAN HALL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT THREE

On or about November 17, 2006, in the District of Rhode Island, the defendant, SEAN HALL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I Controlled

Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT FOUR

On or about December 8, 2006, in the District of Rhode Island, the defendant, SEAN HALL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT FIVE

On or about February 8, 2007, in the District of Rhode Island, the defendant, SEAN HALL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT SIX

On or about March 25, 2007, in the District of Rhode Island, the defendant, SEAN HALL, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

A TRUE BILL:

REDACTED

ROBERT C. CORRENTE
United States Attorney

Mary E. Rogers
Assistant U.S. Attorney

Kenneth P. Madden, S.L.C.
for Stephen G. Dambruch
Assistant U.S. Attorney
Criminal Chief

DATE: 5-9-07