ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant SEAN HALL

Counts 1 through 5: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) - Distribute a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance.

PENALTIES FOR EACH COUNT: 20 years imprisonment; $1,000,000 fine; supervised release up to life with a mandatory minimum term of 3 years; $100 mandatory special assessment.

Count 6: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) - Possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance.

PENALTIES: 20 years imprisonment; $1,000,000 fine; supervised release up to life with a mandatory minimum term of 3 years; $100 mandatory special assessment.