AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Sean Hall

APPEARANCE

CASE NUMBER: CR 07-69ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Sean Hall

(Arraignment Only)

I certify that I am admitted to practice in this court.

5/14/07
*Date*

[illegible]
*Signature*

Nathan S. Smith #4120
*Print Name* *Bar Number*

1026 Westminster St.
*Address*

Prov. RI 02909
*City* *State* *Zip Code*

401 272-7277 401 454-5557
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.