AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
MAY 0 9 2007
District of Rhode Is

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

SEAN HALL

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-69ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SEAN HALL
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Distribution of a Controlled Substance (MDMA)
Possession with Intent to Distribute a Controlled Substance (MDMA)

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(C)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

May 9, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 195 Dupont Ave, Providence RI | | |
| DATE RECEIVED 05 09 07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 05 09 07 | Michael Wattik, DUSM | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.